UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KOKI FIDOW,

      Petitioner,

  v.

ICE FIELD OFFICE DIRECTOR,

      Respondents.

Case No. C14-1672-RSL-BAT

**REPORT AND RECOMMENDATON**

This is a habeas corpus action pursuant to 28 U.S.C. § 2241.  Through counsel, the parties have filed a joint stipulated motion to dismiss without prejudice and without an award of costs or fees to any party.  Dkt. 14.  Based on the parties' stipulation, the Court recommends entering an order (1) granting the joint stipulated motion, Dkt. 14, and (2) dismissing this action without prejudice and without an award of costs or fees to any party.  A proposed order accompanies this Report and Recommendation.

The Clerk should note the matter for December 23, 2014, as ready for the Honorable Robert S. Lasnik's consideration.

DATED this 23rd day of December, 2014.

              _____
              BRIAN A. TSUCHIDA
              United States Magistrate Judge

REPORT AND RECOMMENDATON- 1