UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KOKI FIDOW,

                Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

                Respondents.

Case No. C14-1672-RSL

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. The parties' joint stipulated motion to dismiss is GRANTED. Dkt. 14.

3. This matter is dismissed without prejudice and without an award of costs or fees to any party.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

Dated this 5th day of January, 2015.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL- 1